984 A.2d 936

**CALLOWHILL CENTER ASSOCIATES, L.P.,** Respondent

v.

**PARK ADVANTAGE CORPORATION**
and Olusegan Jaji, Petitioners.

**No. 104 EM 2009.**

Supreme Court of Pennsylvania.

Dec. 1, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of December, 2009, the Petition for Allowance of Appeal, deemed a Petition for Review, is **DENIED.**